People of the State of Illinois, Plaintiff-Appellee, v. William Quinn, Defendant-Appellant.

Gen. No. 67–160.

Second District.

June 28, 1968.

Hart, Banbury, Lawrence & Gullstrand, of Aurora, for appellant; William R. Ketcham, State's Attorney of Kane County, of Elgin, and W. Ben Morgan, of Elgin, for appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.